# CASE ANNOUNCEMENTS

*December 22, 2009*

[Cite as *12/22/2009 Case Announcements*, 2009-Ohio-6761.]

## MOTION AND PROCEDURAL RULINGS

**2000–1030.   Ohio Hosp. Assn. v. Armstrong World Industries, Inc.**
Cuyahoga App. No. 76067. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On April 13, 2001, this court stayed further proceedings in this case and ordered appellee to file a notice with this court upon the termination of the automatic stay under the Bankruptcy Code.

It is ordered by the court, sua sponte, that appellee W.R. Grace & Son & Co.-Conn. file a notice advising this court of the status of the bankruptcy case within 15 days of the date of this entry.

**2009–1681.   Ferguson v. Bradshaw.**
In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus. Upon consideration of petitioner's motion for findings of fact and conclusions of law,

It is ordered by the court that the motion is denied.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2009–2087.   State ex rel. Carter v. Indus. Comm.**
Franklin App. No. 09AP–71, 2009-Ohio-5547.